UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ADKP HOSPITALITY LLC DBA MOTEL 6, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. <u>5:21-cv-488</u> |
| | § | |
| MT. HAWLEY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## <u>DEFENDANT'S NOTICE OF REMOVAL</u>

Defendant Mt. Hawley Insurance Company ("Mt. Hawley") files this Notice of Removal of this action from the 37th Judicial District Court of Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division, the district and division in which the 37th Judicial District is located.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.  In support hereof, Mt. Hawley respectfully shows this Court as follows:

1.      Plaintiff ADKP Hospitality LLC dba Motel 6 ("Plaintiff") commenced an action against Mt. Hawley in the 37th Judicial District of Bexar County, Texas, entitled *ADKP Hospitality LLC dba Motel 6 v. Mt. Hawley Insurance Company*, pending as Case No. 2021CI07800 (the "State Court Case").

2.      On April 30, 2021, Mt. Hawley was served with Plaintiff's Original Petition ("Petition") in the State Court Case.  *See* **Exhibit B** (Court Docket).  As such, removal is timely because thirty (30) days have not elapsed since Mt. Hawley first received the Petition, as required by 28 U.S.C. § 1446(b).

3.      A copy of this Notice of Removal will be filed with the State of Texas Judicial District Court in Bexar County, and a copy of this Notice of Removal will also be served on Plaintiff.  Mt. Hawley is, contemporaneously with the filing of this Notice, giving written notice of filing of this Notice of Removal with the clerk of the 37th District Court of Bexar County, Texas.

4.      An index of all documents, a copy of the state docket sheet, copies of the citation and each document filed in the state court action, and a list of counsel of record are attached hereto as **Exhibits A-E**.

5.      Plaintiff has requested a trial by jury.

6.      Mt. Hawley has filed contemporaneously a civil cover sheet.

<u>**Ground for Removal:  Diversity**</u>

7.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332, in that this is a civil action where the matter in controversy exceeds $75,000 and is between citizens of different States.

A.      <u>The amount in controversy exceeds the federal minimum jurisdictional requirements</u>.

8.      Plaintiff's Petition in the State Court Case contends that its property sustained damage covered under a policy of property insurance issued by Mt. Hawley, Policy No. MCP0168448 (the "Policy").  *See* **Exhibit C** (Petition) at p. 3.  Plaintiff's Petition further alleges that Mt. Hawley breached the Policy by failing to pay Plaintiff's claim.  *See id*. at pp. 6-7. Finally, Plaintiff's Petition alleges the amount of its claimed loss, and the amount it seeks to recover from Mt. Hawley, exceeds $250,000.  *See id*. at p. 2.

9.      For all of these reasons, the amount in dispute exceeds $75,000, exclusive of interest and costs.

B.    There is complete diversity between Plaintiff and Mt. Hawley.

10.    For purposes of determining diversity, the citizenship of a limited liability company and other non-incorporated entities is determined by the citizenship of all its members. *Trafigura AG v. Enter. Products Operating LLC*, 995 F. Supp. 2d 641, 646 (S.D. Tex. 2014); *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079-80 (5th Cir. 2008).

11.    Plaintiff was at the time of the filing of this action, has been at all times since, and still is a Texas limited liability company whose sole member is Jignash Hasmukh Patel, who is an individual resident and citizen of Maryland.  As such, Plaintiff is a citizen of the State of Maryland for purposes of determining diversity jurisdiction, and not a citizen of the State of Illinois.

12.    Defendant Mt. Hawley is a corporation organized under the laws of Illinois, with its principal place of business in Illinois.  Accordingly, Mt. Hawley is a citizen of the State of Illinois for purposes of determining diversity jurisdiction, and not a citizen of the State of Maryland.

13.    Complete diversity exists in this case and removal is proper because Plaintiff is a citizen of Maryland, and Mt. Hawley is a citizen of Illinois.

WHEREFORE, Defendant Mt. Hawley Insurance Company prays that the above-described action now pending in the 37th District Court of Bexar County, Texas, be removed to this Court.

Respectfully submitted,

/s/ Greg K. Winslett
GREG K. WINSLETT
State Bar No. 21781900
MICHAEL D. FEILER
State Bar No. 24055475
**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
gwinslett@qslwm.com
mfeiler@qslwm.com

**ATTORNEYS FOR MT. HAWLEY
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon counsel for Plaintiff, via certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, on this 21st day of May 2021, as follows:

Marco D. Flores
Jake Rogiers
Flores & Palaez-Prada, PLLC
3522 Paesanos Parkway, Suite 301
San Antonio, TX  78231
mflores@stormlex.com
jrogiers@stormlex.com
*Attorneys for Plaintiff*

/s/ Greg K. Winslett
Greg K. Winslett