IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ADKP HOSPITALITY LLC DBA MOTEL 6 | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | NO. SA:21-CV-00488-OLG |
| | § | |
| MT. HAWLEY INSURANCE COMPANY | § | |
|     Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Mt. Hawley Insurance Company and ADKP Hospitality LLC dba Motel 6 (the "Parties") hereby submit this Joint Stipulation of Dismissal with Prejudice and would respectfully show the Court as follows:

1.    The Parties have reached a settlement regarding all claims asserted in the above-captioned lawsuit. Pursuant to the terms of that settlement, the Parties agreed to seek the dismissal of all claims asserted, or which could have been asserted, by the Parties against each other in this action, with prejudice. The Parties hereby stipulate to the dismissal of all such claims with prejudice.

2.    The Parties have further agreed that all costs, expenses, and attorneys' fees are to be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Mt. Hawley Insurance Company and ADKP Hospitality LLC dba Motel 6 respectfully present this stipulation and request the Court dismiss this civil action as provided hereinabove, with all costs, expenses, and attorneys' fees to be borne by the party incurring same.

Respectfully submitted,

*/s/ Michael D. Feiler*
GREG K. WINSLETT
State Bar No. 21781900
MICHAEL D. FEILER
State Bar No. 24055475
**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
mfeiler@qslwm.com

**ATTORNEYS FOR MT. HAWLEY
INSURANCE COMPANY**

*/s/Jake Rogiers*
JAKE ROGIERS
State Bar No. 224069066
MARCO D. FLORES
State Bar No. 24027251
**FLORES & PELAEZ-PRADA, PLLC**
3521 Paesanos Pkwy, Ste. 301
San Antonio, Texas 78231
(210) 361-0070
(210) 693-1312 (Fax)
jrogiers@stormlex.com
mflores@stormlex.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon counsel for Plaintiff in accordance with the Federal Rules of Civil Procedure, on this 28th day of September 2022.

*/s/ Michael D. Feiler*
Michael D. Feiler