**FILED**

September 28, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____  JU

DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ADKP HOSPITALITY LLC DBA MOTEL 6 | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | NO. SA:21-CV-00488-OLG |
| | § | |
| MT. HAWLEY INSURANCE COMPANY | § | |
|     Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the parties' Joint Stipulation of Dismissal with Prejudice (the "Stipulation"). The Court, noting that the Stipulation is agreed, is of the opinion that the Stipulation should be granted.

THEREFORE, it is ORDERED that all causes of action asserted in the above-styled and numbered case are hereby dismissed with prejudice, with costs to be taxed against the party incurring same.

DATED this ___28th___ day of _____September_____, 2022.

_____
**ORLANDO L. GARCIA**
**CHIEF U.S. DISTRICT JUDGE**